**ORIGINAL**

1  GEORGE A. YUHAS (State Bar No. 78678)
   gyuhas@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   415-773-5700
   Facsimile:   415-773-5759
5
   Attorneys for Plaintiff Christina Yuni
6

FILED
07 OCT 19 PM 3:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MJJ

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                                              C 07 5366

11 | Christina Yuni,                    | Case No.
12 |           Plaintiff,                | **PLAINTIFF CHRISTINA YUNI'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 |    v.                               |
14 | Johannes Leo and Leo Investment Group, |
15 |           Defendants.               |

OHS West:260323648.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil Rule 3-16, the undersigned counsel of record for Plaintiff,
2  Christina Yuni, certifies that as of this date, he is unaware of any persons or entities other than the
3  named parties in this action who have either (i) a financial interest (of any kind) in the subject
4  matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could
5  be substantially affected by the outcome of the proceeding.
6  Dated: October 19, 2007

GEORGE A. YUHAS
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
George A. Yuhas
Attorneys for Plaintiff Christina Yuni

OHS West:260323648.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS