ORIGINAL

1  GEORGE A. YUHAS (State Bar No. 78678)
   gyuhas@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:  415-773-5700
   Facsimile:  415-773-5759
5
   Attorneys for Plaintiff Christina Yuni

FILED
07 OCT 19 PM 3:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MJJ

| | |
|---|---|
| Christina Yuni, | Case No. C 07 5366 |
| Plaintiff, | NOTICE OF RELATED CASE UNDER LOCAL RULE 3-13 |
| v. | |
| Johannes Leo and Leo Investment Group, | |
| Defendants. | |

OHS West:260323540.1

NOTICE OF RELATED CASE UNDER LOCAL RULE 3-13

1  Plaintiff Christina Yuni, pursuant to Rule 3-13 of the Local Rules of the United
2  States District Court for the Northern District of California, hereby gives notice of the following
3  related case pending in the Northern District Court: Johannes Leo et al. v. Eastern Vanguard
4  Forex Ltd., Christina Yuni, et al. Case No. C-99-5367 PJH, which was filed in this Court on
5  December 22, 1999.
6  Both cases are related because the present action is an independent action in equity
7  by a defendant in the prior action to set aside a default judgment obtained by plaintiffs in the prior
8  action. This case therefore involves parties to the prior action and the same subject matter.
9  Dated: October 19, 2007

GEORGE A. YUHAS
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
George A. Yuhas
Attorneys for Plaintiff Christina Yuni

OHS West:260323540.1

NOTICE OF RELATED CASE UNDER LOCAL RULE 3-13