1  GEORGE A. YUHAS (State Bar No. 78678)
   gyuhas@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:    415-773-5700
   Facsimile:     415-773-5759
5
   Attorneys for Plaintiff Christina Yuni
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | Christina Yuni,                          | Case No.  C 07-05366 MJJ

12 |         Plaintiff,

13 |    v.                                    | **REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE**

14 | Johannes Leo and Leo Investment Group,

15 |         Defendants.

OHS West:260371329.1

REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE

1  IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by and between the parties to this action, acting through their counsel of record, that the above-captioned entire action of all parties and all causes of action be and are hereby dismissed, with prejudice.

Dated: January 23, 2008

                                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                By:  */s/ George A. Yuhas*
                                       George A. Yuhas
                                       Attorney for Plaintiff
                                       CHRISTINA YUNI