1  GEORGE A. YUHAS (State Bar No. 78678)
   gyuhas@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:     415-773-5700
   Facsimile:      415-773-5759
5
   Attorneys for Plaintiff Christina Yuni
6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | Christina Yuni,                              | Case No.  C 07-05366 MJJ

12 |            Plaintiff,

13 |       v.                                     | **REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE**

14 | Johannes Leo and Leo Investment Group,       |  AND ORDER

15 |            Defendants.

OHS West:260371329.1

REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE

1   IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),
2   by and between the parties to this action, acting through their counsel of record, that the above-
3   captioned entire action of all parties and all causes of action be and are hereby dismissed, with
4   prejudice.

Dated: January 23, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     */s/ George A. Yuhas*
            George A. Yuhas
            Attorney for Plaintiff
            CHRISTINA YUNI



IT IS SO ORDERED
Judge Martin J. Jenkins
1/28/2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA